```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dycom Industries, Inc.,

                Plaintiff,

-against-

Pension, Hospitalization & Benefit Plan of the Electrical Industry,

                Defendant.

1:22-cv-03303 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been referred to me for general pretrial management and dispositive motions. (Referral Order, ECF No. 5.) As my Individual Practices do not require a pre-motion letter, it is hereby Ordered that Defendant shall answer or move against the Complaint no later than July 13, 2022.

**SO ORDERED.**

DATED:    New York, New York
                June 29, 2022

_____
STEWART D. AARON
United States Magistrate Judge