**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DYCOM INDUSTRIES, INC.,

                Plaintiff,              22 **CIVIL** 3303 (PAE)(SDA)

     -against-                **JUDGMENT**

PENSION, HOSPITALIZATION & BENEFIT
PLAN OF THE ELECTRICAL INDUSTRY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2023, the Court has accepted and adopted Judge Aaron's December 27, 2022 Report and Recommendation in its entirety and the Award is confirmed; accordingly, the case is closed.

**Dated:**  New York, New York
           March 24, 2023

                                                   **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                            **BY:**    *K. Mango*

                                                      **Deputy Clerk**